_AO91 (Rev. 8/01)  Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

UNITED STATES OF AMERICA
V.

**Juan Lopez Garcia**
**San Juan Bautista, Oaxaca**
**Mexico**

## CRIMINAL COMPLAINT

Case Number:     **L-09-PO0599**

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about     **January 12, 2009**     in     **Laredo, Texas**          **Webb**          County, in
                                              (Date)

the     Southern     District  of  Texas,          **Juan Lopez Garcia**          defendant(s) ,

a     **Mexican**     alien, did unlawfully enter and attempt to enter the United States at a place other than
as designated by immigration officers

in violation of Title     **8**     United States Code, Section(s)     **1325 (a) (1)**

I further state that I am a(n)     **Senior Border Patrol Agent**     and that this complaint is based on the
                                                   Official Title
following facts:  based on statements of the accused and records of the Immigration & Naturalization Service.

Furthermore, it is based on verbal statements by,     **Juan Lopez Garcia**     , who admitted to
being a citizen of     **Mexico**     , who entered and attempted to enter illegally into the United States by
wading the Rio Grande River near,     **Laredo, Texas**     , thus avoiding immigration inspection, nor
having proper documents to enter, travel through, or remain in the United States.  This illegal entry and
attempted entry took place on  **January 12, 2009**

Continued on the attached sheet and made a part of this complaint:     ☐ Yes     ☒ No

/S/
Signature of Complainant

**Gabriel Salazar**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**January 15, 2009**                              at     Laredo, Texas
Date                                                                      City and State

**Diana Saldana**
U.S. Magistrate Judge
Name and Title of Judicial Officer                                        Signature of Judicial Officer